1   Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
    CROWELL & MORING LLP
2   275 Battery Street, 23rd Floor
    San Francisco, CA  94111
3   Telephone: 415.986.2800
    Facsimile: 415.986.2827
4
    David Laing (*Pro Hac* Vice pending, dlaing@crowell.com)
5   CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
6   Washington, DC 20004
    Telephone: 202-624-2500
7   Facsimile: 202-628-5116

8   Attorneys for Defendants
    E INK HOLDINGS, INC. and E INK CORPORATION
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  COPYTELE, INC., a Delaware              Case No. 3:13-cv-00380-MMC
    Corporation,
15                                          **STIPULATION AND [PROPOSED]**
                   Plaintiff,               **ORDER EXTENDING DEFENDANTS E**
16                                          **INK HOLDINGS, INC. AND E INK**
            v.                              **CORPORATION'S TIME TO RESPOND**
17                                          **TO COMPLAINT**

18  AU OPTRONICS CORPORATION, a             [Civil L. R. 6-1(a)]
    Taiwanese corporation; AU OPTRONICS
19  CORPORATION AMERICA, a California
    corporation; E INK HOLDINGS, INC., a
20  Taiwanese corporation; and E INK
    CORPORATION, a Delaware corporation,
21
                   Defendants.
22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-22638935.2

1      WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed a complaint

2 ("Complaint") against Defendants E Ink Holdings, Inc. ("E Ink Holdings"), a Taiwanese

3 corporation, and E Ink Corporation ("E Ink Corp."), a Delaware corporation;

4      WHEREAS, E Ink Corp.'s response to the Complaint was due on February 22, 2013;

5      WHEREAS, on February 15, 2013, CopyTele and E Ink Corp. agreed and stipulated to an

6 interim extension until March 8, 2013, for E Ink Corp. to answer or otherwise respond to the

7 Complaint while the parties finish their negotiations on a final extension; and

8      WHEREAS, E Ink Holdings has agreed to waive service of summons under Rule 4 of the

9 Federal Rules of Civil Procedure and to waive any objections to the absence of a summons or

10 service under the laws of the United States and Taiwan;

11      **IT IS HEREBY STIPULATED AND AGREED** that:

12      1.     E Ink Holdings shall waive service of summons under the Rule 4 of the Federal

13 Rules of Civil Procedure, and it shall waive any objections to the absence of a summons or

14 service under the laws of the United States and Taiwan.

15      2.     Pursuant to Civil Local Rule 6-1(a), E Ink Holdings and E Ink Corp. shall have 91

16 days from the date of the filing of the complaint up to and including Monday, April 29, 2013, to

17 answer or otherwise respond to the Complaint.

18 Dated: March 6, 2013                   CROWELL & MORING LLP

19                            */s/ Beatrice B. Nguyen*

20                           Beatrice B. Nguyen

21                        Attorneys for Defendants
                         E INK HOLDINGS, INC. and

22                          E INK CORPORATION

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-22638935.2

1   Dated: March 6, 2013                          LIEFF, CABRASER, HEIMANN
                                                      & BERNSTEIN, LLP
2
                                                      */s/ David T. Rudolph*
3
                                                      Eric B. Fastiff
4                                                     David T. Rudolf
                                                      Melissa Gardner
5                                                     Attorneys for Plaintiff
                                                      COPYTELE, INC.
6

7                                   **ATTESTATION**

8           Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

9   filing of this document has been obtained from the other signatories.

10  DATED: March 6, 2013                  _____
                                                      */s/ Beatrice B. Nguyen*
11                                                    Beatrice B. Nguyen

12

13                                **[PROPOSED] ORDER**

14          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Defendants E Ink Holdings,

15  Inc. and E Ink Corporation shall have up and including April 29, 2013, to answer or otherwise

16  respond to the Complaint.

17  Dated: _____3/13_____, 2013       _____
                                                      Hon. Maxine M. Ch
18                                                    United ...

19                                              IT IS SO ORDERED

20

21                                              Judge Edward M. Chen

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION  AND [PROPOSED] ORDER
EXTENDING E INK'S TIME TO RESPOND TO
COMPLAINT; CASE NO. 3:13-CV-00378-EMC

DCACTIVE-22638935.2