Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

David J. Laing (*Pro Hac Vice*, dlaing@crowell.com)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; AU OPTRONICS CORPORATION AMERICA, a California corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>                Defendants. | Case No. 3:13-cv-00380-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MAY 9 CASE MANAGEMENT CONFERENCE TO JUNE 6, 2013**<br><br>[Civil L. R. 6-2(a)] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-22561396.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC TO JUNE 6, 2013;
CASE NO. 3:13-cv-00380-EMC

WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed the above-captioned action against Defendants E Ink Holdings, Inc. ("EIH"), E Ink Corporation ("EIC" and collectively, "E Ink"), AU Optronics Corporation ("AUO"), and AU Optronics Corporation America ("AUOA");

WHEREAS, EIC's and AUOA's responses to the Complaint were due on February 22, 2013;

WHEREAS, on February 15, 2013, CopyTele and EIC agreed and stipulated to an interim extension until March 8, 2013, for EIC to answer or otherwise respond to the Complaint while the parties finished negotiations on a final extension (Dkt. No. 18);

WHEREAS, on February 21, 2013, CopyTele and AUOA agreed and stipulated to an interim extension until March 7, 2013, for AUOA to answer or otherwise respond to the Complaint while the parties finished conferring regarding multiple issues (Dkt. No. 14);

WHEREAS, on March 6, 2013, CopyTele and E Ink agreed and stipulated that E Ink will have until April 29, 2013, to answer or otherwise respond to the Complaint (Dkt. No. 34);

WHEREAS, on March 6, 2013, CopyTele, AUOA, and AUO agreed and stipulated to dismiss the Complaint against AUOA, that AUO would waive service of summons pursuant to Federal Rule of Civil Procedure 4, and that AUO would have until April 29, 2013, to file its response to the Complaint (Dkt. No. 30);

WHEREAS, on March 13, 2013, the Court issued a Case Management Conference Order in Reassigned Cases, which set the Case Management Conference for May 2, 2013 (Dkt. No. 36);

WHEREAS, on March 28, 2013, the Court reset the Case Management Conference to May 9, 2013 (Dkt No. 39);

WHEREAS, E Ink intends to file a motion to dismiss the complaint on or before April 29, 2013, with a noticed hearing date of June 6, 2013;

WHEREAS, AUO intends to file a motion to compel arbitration on or before April 29, 2013, with a noticed hearing date of June 6, 2013;

WHEREAS, briefing on E Ink's motion to dismiss and AUO's motion to compel

CROWELL & MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC TO JUNE 6, 2013;
CASE NO. 3:13-cv-00380-EMC

DCACTIVE-22561396.1

arbitration will not yet be complete on May 9, 2013, when the Case Management Conference is currently scheduled;

WHEREAS, continuing the Case Management Conference until June 6, 2013, the anticipated hearing date on E Ink's motion to dismiss and AUO's motion to compel arbitration, would promote judicial economy and efficiency and facilitate productive case management; and

WHEREAS, with the Case Management Conference continued to June 6, 2013, the Case Management Conference Statement would be due on or before May 30, 2013, pursuant to Civil General Standing Order No. 6, and no other case deadline would be affected;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Case Management Conference scheduled for May 9, 2013, be continued to June 6, 2013, at 1:30 p.m., the date and time that E Ink's motion to dismiss and AUO's motion to compel arbitration will be noticed to be heard by the Court.

2. Pursuant to Civil General Standing Order No. 6, the Case Management Conference Statement will be due on or before May 30, 2013.

Dated: April 19, 2013

CROWELL & MORING LLP

/s/ Beatrice B. Nguyen

David J. Laing
Beatrice B. Nguyen
Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

Dated: April 19, 2013

LATHAM & WATKINS LLP

/s/ Matthew Rawlinson

Matthew Rawlinson
Attorneys for Defendant
AU OPTRONICS CORPORATION

| | | |
|---|---|---|
| 1 | Dated: April 19, 2013 | LIEFF, CABRASER, HEIMANN |
| 2 | | & BERNSTEIN, LLP |
| 3 | | /s/ David T. Rudolph |
| 4 | | Eric B. Fastiff |
| | | David T. Rudolph |
| 5 | | Melissa Gardiner |
| | | Attorneys for Plaintiff COPYTELE, INC. |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 19, 2013                   /s/ Beatrice B. Nguyen
                                                      Beatrice B. Nguyen

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** For good cause shown, the Case Management Conference scheduled for May 9, 2013, is hereby continued to June 6, 2013, at 1:30 p.m. The parties shall file the joint Case Management Conference Statement on or before May 30, 2013.

Dated: __4/22__, 2013

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC TO JUNE 6, 2013;
CASE NO. 3:13-CV-00378-EMC