Eric B. Fastiff (State Bar No. 182260)
(efastiff@lchb.com)
David T. Rudolph (State Bar No. 233457)
(drudolph@lchb.com)
Melissa A. Gardner (State Bar No. 289096)
(mgardner@lchb.com)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff CopyTele, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:13-cv-00380-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON MOTIONS TO DISMISS AND TO COMPEL ARBITRATION**<br><br>Date: June 6, 2013<br>Time: 1:30 p.m.<br>Dept: Courtroom 5, 17th Floor<br>Judge: The Honorable Edward M. Chen |

1   WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed a complaint
2   ("Complaint") against Defendants E Ink Holdings, Inc., a Taiwanese corporation, E Ink
3   Corporation, a Delaware corporation (collectively "E Ink"), and AU Optronics Corporation
4   ("AUO"), a Taiwanese corporation;

5   WHEREAS, on January 28, 2013, CopyTele filed a complaint against E Ink in the related
6   case No. 3:13-cv-00378-EMC ("Related Complaint");

7   WHEREAS, on April 29, 2013, E Ink filed a motion to dismiss all claims against it in the
8   Complaint;

9   WHEREAS, on April 29, 2013, E Ink also filed a motion to dismiss all claims against it in
10  the Related Complaint;

11  WHEREAS, on April 29, 2013, E Ink also filed a motion in the alternative to stay the
12  claims against it pending arbitration;

13  WHEREAS, on April 29, 2013, AUO filed a motion to stay litigation and compel
14  arbitration;

15  WHEREAS, pursuant to this Court's stipulated Order, the Case Management Conference
16  in this case is scheduled for June 6, 2013, at 1:30 p.m., the date and time that E Ink's motion to
17  dismiss, E Ink's motion in the alternative to stay, and AUO's motion to compel arbitration are
18  noticed to be heard by the Court (Docket No.45);

19  WHEREAS, CopyTele's lead counsel, Eric Fastiff, has a conflict with the scheduled
20  June 6, 2013 hearing date for the aforementioned motions and Case Management Conference;
21  Mr. Fastiff is the Chair of the Board of Trustees of his children's school and is required to preside
22  over the 8th grade graduation taking place that afternoon;

23  WHEREAS, CopyTele's responses to the defendants' motions are currently due May 13,
24  2013;

25  WHEREAS, in light of the number of motions and related issues to which CopyTele must
26  respond, CopyTele seeks a one-week extension until May 20, 2013, for CopyTele to respond to
27  the aforementioned motions;

28  WHEREAS, E Ink and AUO seek a one-week extension to file their reply briefs;

1094989.1     - 1 -     STIP. AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HRG DATE; CASE NO. 3:13-cv-00380-EMC

1     WHEREAS, pursuant to this Court's Notice of Unavailability this Court is unavailable June 13, 2013;

2     WHEREAS, AUO's counsel are also unavailable for a hearing on June 13, 2013;

3     WHEREAS, counsel for all parties are all available for a hearing on June 27, 2013;

4     WHEREAS, continuing the Case Management Conference until June 27, 2013, the same proposed hearing date as for E Ink's motion to dismiss, E Ink's motion in the alternative to stay, and AUO's motion to compel arbitration, would promote judicial economy and efficiency and facilitate productive case management; and

5     WHEREAS, with the Case Management Conference continued to June 27, 2013, the Case Management Conference Statement would be due on or before June 20, 2013, pursuant to Civil General Standing Order No. 6, and no other case deadline would be affected;

6     WHEREAS, the parties seek to modify the briefing schedule and continue the Case Management Conference and the hearing until June 27, 2013;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. CopyTele shall file its response to E Ink's motion to dismiss the Complaint on or before May 20, 2013;
2. CopyTele shall file its response to E Ink's alternative motion to stay claims against it pending arbitration on or before May 20, 2013;
3. CopyTele shall file its response to AUO's motion to stay litigation and compel arbitration on or before May 20, 2013;
4. E Ink and AUO shall file their reply briefs on or before June 3, 2013;
5. Both the Case Management Conference and the hearing on E Ink's and AUO's motions shall be continued from June 6, 2013 to June 27, 2013 at 1:30 p.m.;
6. Pursuant to Civil General Standing Order No. 6, the Case Management Conference Statement will be due on or before June 20, 2013.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2013 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: */s/ Eric B. Fastiff*
      Eric B. Fastiff

Eric B. Fastiff
David T. Rudolph
Melissa Gardner
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
efastiff@lchb.com
drudolph@lchb.com
mgardner@lchb.com

*Attorneys for Plaintiff COPYTELE, INC.*

Dated: May 3, 2013    CROWELL & MORING LLP

By: */s/ Beatrice B. Nguyen*
      Beatrice B. Nguyen

Beatrice B. Nguyen
275 Battery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986.2827
bbnguyen@crowell.com

*Attorneys for Defendant E INK CORPORATION*

Dated: May 3, 2013    LATHAM & WATKINS LLP

By: */s/ Matthew Rawlinson*
      Matthew Rawlinson

Matthew Rawlinson
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
matt.rawlinson@lw.com

*Attorneys for Defendant AU OPTRONICS CORPORATION*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 3, 2013          /s/ *David T. Rudolph*
                                   David T. Rudolph

# [PR~~OPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** For good cause shown:

1. CopyTele shall file its response to E Ink's motion to dismiss the Complaint (Docket No. 50) on or before May 20, 2013;

2. CopyTele shall file its response to E Ink's alternative motion to stay claims against it pending arbitration (Docket No. 52) on or before May 20, 2013;

3. CopyTele shall file its response to AUO's motion to stay litigation and compel arbitration (Docket No. 54) on or before May 20, 2013;

4. E Ink and AUO shall file their reply briefs on or before June 3, 2013;

5. Both the Case Management Conference and the hearing on E Ink's and AUO's motions shall be continued from June 6, 2013 to June 27, 2013 at 1:30 p.m.;

6. Pursuant to Civil General Standing Order No. 6, the Case Management Conference, Statement will be due on or before June 20, 2013.

Dated: 5/6, 2013

The Honorable
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1094989.1 - 5 - STIP. AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HRG DATE; CASE NO. 3:13-cv-00380-EMC

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                        /s/ *David T. Rudolph*
                                                          David T. Rudolph