Eric B. Fastiff (State Bar No. 182260)
(efastiff@lchb.com)
David T. Rudolph (State Bar No. 233457)
(drudolph@lchb.com)
Melissa A. Gardner (State Bar No. 289096)
(mgardner@lchb.com)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff CopyTele, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>                    Defendants. | Case No. 3:13-cv-00380-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO COMPEL ARBITRATION (DOCKET NO. 54) AND STAYING CLAIMS PENDING ARBITRATION**<br><br>Date:    June 27, 2013<br>Time:   1:30 p.m.<br>Dept:   Courtroom 5, 17th Floor<br>Judge:  The Honorable Edward M. Chen |

1  WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed the
2  Complaint ("Complaint") in the above-captioned action against Defendants and AU Optronics
3  Corporation ("AUO"), a Taiwanese corporation, and E Ink Holdings, Inc., a Taiwanese
4  corporation, E Ink Corporation, a Delaware corporation (collectively "E Ink");
5  WHEREAS, on April 29, 2013, AUO filed a motion to stay litigation and compel
6  arbitration (Docket No. 54);
7  WHEREAS, CopyTele has agreed to arbitrate the claims pled in its Complaint against
8  AUO, and has agreed to stay the claims against AUO;
9  WHEREAS, CopyTele has not agreed to stay its claims against E Ink;
10  WHEREAS, in light of CopyTele's agreement to arbitrate its claims against AUO and in
11  the interest of judicial economy, AUO stipulates to withdraw its motion to stay litigation and
12  compel arbitration;
13  **IT IS HEREBY STIPULATED AND AGREED** that:

1. AUO hereby withdraws its motion to compel arbitration (Docket No. 54) in light of the parties' agreement to arbitrate all claims pled in the Complaint against AUO;
2. The claims against AUO shall be stayed pending the outcome of the arbitration;
3. The parties shall file quarterly status reports informing the Court of the status of the arbitration.

| | | |
|---|---|---|
| 1 | Dated: June 26, 2013 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By:  */s/ Eric B. Fastiff*
      Eric B. Fastiff

Eric B. Fastiff
David T. Rudolf
Melissa Gardner
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
efastiff@lchb.com
drudolph@lchb.com
mgardner@lchb.com

*Attorneys for Plaintiff COPYTELE, INC.*

Dated: June 26, 2013    LATHAM & WATKINS LLP

By:  */s/ Matthew Rawlinson*
      Matthew Rawlinson

Matthew Rawlinson
140 Scott Drive
Menlo Park, CA 94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
matt.rawlinson@lw.com

*Attorneys for Defendant AU OPTRONICS CORPORATION*

- 2 -

STIP. AND PROPOSED ORDER TO WITHDRAW
MOTION TO COMPEL AND TO STAY LITIGATION;
CASE NO. 3:13-cv-00380-EMC

1 **ATTESTATION**

2 Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3 filing of this document has been obtained from the other signatories.

4 DATED: June 26, 2013                    /s/ *David T. Rudolph*
                                                              David T. Rudolph

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** For good cause shown:

1. AUO's motion to compel arbitration (Docket No. 54) is withdrawn;
2. The claims against AUO shall be stayed pending the outcome of the arbitration;
3. The parties shall file quarterly status reports informing the Court of the status of the arbitration.

Dated: _____6/27_____, 2013



The Honorable Edward M. Chen
United States District Judge

STIP. AND PROPOSED ORDER TO WITHDRAW
MOTION TO COMPEL AND TO STAY LITIGATION;
CASE NO. 3:13-cv-00380-EMC

- 4 -