1   Eric B. Fastiff (State Bar No. 182260)
    (efastiff@lchb.com)
2   David T. Rudolph (State Bar No. 233457)
    (drudolph@lchb.com)
3   Melissa A. Gardner (State Bar No. 289096)
    (mgardner@lchb.com)
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, California  94111-3339
    Telephone:  (415) 956-1000
6   Facsimile:  (415) 956-1008

7   *Attorneys for Plaintiff CopyTele, Inc.*

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  COPYTELE, INC., a Delaware          Case No. 3:13-cv-00380-EMC
    Corporation,
13                                      **STIPULATION AND [PROPOSED]**
                Plaintiff,              **ORDER TO CONTINUE CASE**
14                                      **MANAGEMENT CONFERENCE**
    v.
15                                      Date:    February 20, 2014
    AU OPTRONICS CORPORATION, a         Time:    10:30 a.m.
16  Taiwanese corporation; E INK        Dept:    Courtroom 5, 17th Floor
    HOLDINGS, INC., a Taiwanese         Judge:   The Honorable Edward M. Chen
17  corporation; and E INK CORPORATION,
    a Delaware corporation,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, this Stipulation and [Proposed] Order is

2    entered into by and between Plaintiff CopyTele, Inc. ("CopyTele") and Defendants E Ink

3    Holdings, Inc., a Taiwanese corporation, E Ink Corporation, a Delaware corporation (collectively

4    "E Ink"), and AU Optronics Corporation ("AUO"), a Taiwanese corporation.

5    WHEREAS, CopyTele filed its complaint in this action on January 28, 2013;

6    WHEREAS, on April 29, 2013, AUO filed a motion to compel arbitration and to stay the

7    litigation, and E Ink filed motions to dismiss all claims against it and in the alternative to stay the

8    claims against it pending arbitration between CopyTele and AUO;

9    WHEREAS, on July 9, 2013, in light of CopyTele's agreement to arbitrate its claims

10   against AUO, this Court stayed the claims against all defendants pending the resolution of the

11   arbitration (Dkt. No. 91);

12   WHEREAS, the parties engaged in Settlement Conference proceedings before Magistrate

13   Judge Jacqueline Scott Corley in August and September but were not successful in resolving the

14   case (Dkt. Nos. 93 & 94);

15   WHEREAS, CopyTele filed its Demand for Arbitration before the American Arbitration

16   Association on September 17, 2013, and AUO filed its Answer in the arbitration on October 28,

17   2013;

18   WHEREAS, a Preliminary Hearing in the arbitration was held on February 4, 2014, and

19   an initial Procedural Order was issue on February 6, 2014;

20   WHEREAS, the Procedural Order requests that CopyTele and AUO confer on various

21   aspects of the discovery schedule;

22   WHEREAS, in light of the status of the arbitration and the ongoing status of discussions

23   regarding the scheduling of discovery, the parties respectfully request that the Court continue the

24   Case Management Conference 60 days;

25   **IT IS HEREBY STIPULATED AND AGREED** that:

26        1.  The Case Management Conference shall be continued from February 20, 2014 to

27            April 24, 2014 at 10:30 a.m.

28        2.  Pursuant to Civil General Standing Order No. 6, the Case Management

STIP. AND PROPOSED ORDER TO TO CONTINUE
CASE MANAGEMENT CONFERENCE;
CASE NO. 3:13-cv-00380-EMC

1    Conference, Statement will be due on or before April 17, 2014.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND PROPOSED ORDER TO TO CONTINUE
CASE MANAGEMENT CONFERENCE;
CASE NO. 3:13-cv-00380-EMC

1   Dated: February 10, 2014                    LIEFF, CABRASER, HEIMANN

2                                        & BERNSTEIN, LLP

3

4                                    By:   */s/ Eric B. Fastiff*
                                          Eric B. Fastiff

5                                  Eric B. Fastiff
                                  David T. Rudolf

6                                  Melissa Gardner
                                  275 Battery Street, 29th Floor

7                                  San Francisco, CA  94111-3339
                                  Telephone:  (415) 956-1000

8                                  Facsimile:  (415) 956-1008
                                  efastiff@lchb.com

9                                  drudolph@lchb.com
                                  mgardner@lchb.com

10

                                  *Attorneys for Plaintiff COPYTELE, INC.*

11

12  Dated: February 10, 2014                    CROWELL & MORING LLP

13                                  By:   */s/ Beatrice B. Nguyen*
                                      Beatrice B. Nguyen

14

15                                  Beatrice B. Nguyen
                                  275 Battery Street, Suite 2300

16                                  San Francisco, CA 94111
                                  Telephone:  (415) 986-2800

17                                  Facsimile:  (415) 986.2827
                                  bbnguyen@crowell.com

18                                  *Attorneys for Defendant E INK CORPORATION*

19

20  Dated: February 10, 2014                    LATHAM & WATKINS LLP

21                                  By:   */s/ Matthew Rawlinson*
                                      Matthew Rawlinson

22

23                                  Matthew Rawlinson
                                  140 Scott Drive

24                                  Menlo Park, CA 94025
                                  Telephone:  (650) 328-4600

25                                  Facsimile:  (650) 463-2600
                                  matt.rawlinson@lw.com

26                                  *Attorneys for Defendant AU OPTRONICS*
                                  *CORPORATION*

27

28

STIP. AND PROPOSED ORDER TO TO CONTINUE
CASE MANAGEMENT CONFERENCE;
CASE NO. 3:13-cv-00380-EMC

1

**ATTESTATION**

2       Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3   filing of this document has been obtained from the other signatories.

4   DATED: February 10, 2014                    /s/ *David T. Rudolph*
                                                David T. Rudolph
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND PROPOSED ORDER TO TO CONTINUE
CASE MANAGEMENT CONFERENCE;
CASE NO. 3:13-cv-00380-EMC

1

# [PROPOSED] ORDER

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  For good cause shown:

3

    1.  The Case Management Conference shall be continued from February 20, 2014 to

4

        April 24, 2014 at 10:30 a.m.

5

    2.  Pursuant to Civil General Standing Order No. 6, the Case Management

6

        Conference, Statement will be due on or before April 17, 2014.

7

8

Dated: _____2/11_____, 2014

9

                  The Honorable  Edward M. Chen



                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND PROPOSED ORDER TO TO CONTINUE
CASE MANAGEMENT CONFERENCE;
CASE NO. 3:13-cv-00380-EMC