Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

David Laing (Admitted *Pro Hac Vice*, dlaing@crowell.com)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; AU OPTRONICS CORPORATION AMERICA, a California corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00380-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Civil L. R. 6-1, 6-2, and 7-12] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER CASE MANAGEMENT
CONFERENCE; CASE NO. 3:13-cv-00380-EMC

DCACTIVE-27439652.1

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, this Stipulation and [Proposed] Order is
2    entered into by and among Plaintiff CopyTele, Inc. ("CopyTele"), and Defendants E Ink
3    Holdings, Inc. and E Ink Corporation (collectively, "E Ink"), and Defendant AU Optronics
4    Corporation ("AUO").

5    WHEREAS, on January 28, 2013, CopyTele filed a complaint in this action;

6    WHEREAS, on April 29, 2013, AUO filed a motion to compel arbitration and to stay the
7    litigation, and E Ink filed motions to dismiss all claims against it and in the alternative to stay the
8    claims against it pending arbitration between CopyTele and AUO;

9    WHEREAS, on July 9, 2013, in light of CopyTele's agreement to arbitrate its claims
10   against AUO, this Court stayed the claims against all defendants pending the resolution of the
11   arbitration (Dkt. No. 91);

12   WHEREAS, on April 2, 2014, the Court issued an order resetting a further case
13   management conference from April 24, 2013, to May 13, 2014;

14   WHEREAS, E Ink's counsel has a conflict on May 13, 2014, that cannot be rescheduled;

15   WHEREAS, the Court's clerk advised that the Court is available on May 15, 2014, at
16   10:30 a.m. for a further case management conference;

17   **IT IS HEREBY STIPULATED AND AGREED** that:

18   1.   The further case management conference shall be continued from May 13, 2014,
19   to May 15, 2014, at 10:30 a.m.

20   2.   Pursuant to Civil General Standing Order No. 6, the Case Management Conference
21   Statement shall be due on May 8, 2014.

22   Dated: April 11, 2014                           CROWELL & MORING LLP

                                                    */s/ Beatrice B. Nguyen*

                                                    Beatrice B. Nguyen
                                                    Attorneys for Defendants
                                                    E INK HOLDINGS, INC. and
                                                    E INK CORPORATION

CROWELL & MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER CASE MANAGEMENT
CONFERENCE; CASE NO. 3:13-cv-00380-EMC

DCACTIVE-27439652.1

| | |
|---|---|
| Dated: April 11, 2014 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | */s/ Eric B. Fastiff* |
| | Eric B. Fastiff<br>David T. Rudolf<br>Attorneys for Plaintiff<br>COPYTELE, INC. |
| Dated: April 11, 2014 | LATHAM & WATKINS LLP |
| | */s/ Matthew Rawlinson* |
| | Matthew Rawlinson<br>Attorneys for Defendant<br>AU OPTRONICS CORPORATION |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 11, 2014                    */s/ Beatrice B. Nguyen*
                                         Beatrice B. Nguyen

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** For good cause shown:

1. The further case management conference shall be continued from May 13, 2014, to May 15, 2014, at 10:30 a.m.

2. Pursuant to Civil General Standing Order No. 6, the Case Management Conference Statement shall be due on May 8, 2014.

Dated: __April 17__, 2014                    _____
                                              M. Chen
                                              District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*