| | |
|---|---|
| Eric B. Fastiff (State Bar No. 182260)<br>efastiff@lchb.com<br>David T. Rudolph (State Bar No. 233457)<br>drudolph@lchb.com<br>Katherine C. Lubin (State Bar No. 259826)<br>klubin@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>*Attorneys for Plaintiff CopyTele, Inc.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:13-cv-00380-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: December 11, 2014<br>Time: 10:30 a.m.<br>Dept: Courtroom 5, 17th Floor<br>Judge: The Honorable Edward M. Chen |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, this Stipulation and [Proposed] Order is entered into by and between Plaintiff CopyTele, Inc. ("CopyTele") and Defendants E Ink Holdings, Inc., a Taiwanese corporation, E Ink Corporation, a Delaware corporation (collectively "E Ink"), and AU Optronics Corporation ("AUO"), a Taiwanese corporation.

WHEREAS, CopyTele filed its complaint in this action on January 28, 2013;

WHEREAS, on April 29, 2013, AUO filed a motion to compel arbitration and to stay the litigation, and E Ink filed motions to dismiss all claims against it and in the alternative to stay the claims against it pending arbitration between CopyTele and AUO;

WHEREAS, on July 9, 2013, in light of CopyTele's agreement to arbitrate its claims against AUO, this Court stayed the claims against all defendants pending the resolution of the arbitration (Dkt. No. 91);

WHEREAS, CopyTele filed its Demand for Arbitration before the American Arbitration Association on September 17, 2013, and AUO filed its Answer in the arbitration on October 28, 2013;

WHEREAS, on May 8, 2014, the Court continued the Case Management Conference set for May 15, 2014 to December 11, 2014, after the Final Arbitration Hearing was to be concluded (Dkt. No. 103);

WHEREAS, the Final Arbitration Hearing was held on November 10-November 21, 2014, in San Francisco, California;

WHEREAS, at the conclusion of the Final Arbitration Hearing, CopyTele and AUO agreed to a post-hearing briefing schedule, with opening briefs due January 15, 2015 and response briefs due February 5, 2015, and the Tribunal confirmed this schedule in Procedural Order No. 11, issued November 26, 2014;

WHEREAS, in light of the status of the post-hearing briefing in the arbitration, the parties respectfully request that the Court continue the Case Management Conference to a date after the post-hearing briefing has been concluded.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Case Management Conference shall be continued from December 11, 2014 to

| | |
|---|---|
| 1 | March 5, 2015 at 10:30 a.m. |
| 2 | 2. Pursuant to Civil General Standing Order No. 6, the Case Management Conference |
| 3 | Statement will be due on or before February 26, 2015. |

Dated: December 4, 2014

LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP

By: */s/ Eric B. Fastiff*
       Eric B. Fastiff

Eric B. Fastiff
David T. Rudolph
Katherine C. Lubin
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
efastiff@lchb.com
drudolph@lchb.com
klubin@lchb.com

*Attorneys for Plaintiff COPYTELE, INC.*

Dated: December 4, 2014

CROWELL & MORING LLP

By: */s/ Beatrice B. Nguyen*
       Beatrice B. Nguyen

Beatrice B. Nguyen
275 Battery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986.2827
bbnguyen@crowell.com

*Attorneys for Defendant E INK CORPORATION*

| | | |
|---|---|---|
| 1 | Dated: December 4, 2014 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By:  */s/ Matthew Rawlinson*<br>Matthew Rawlinson |
| 4 | | Matthew Rawlinson<br>140 Scott Drive |
| 5 | | Menlo Park, CA 94025<br>Telephone: (650) 328-4600 |
| 6 | | Facsimile: (650) 463-2600<br>matt.rawlinson@lw.com |
| 7 | | |
| 8 | | *Attorneys for Defendant AU OPTRONICS CORPORATION* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December 4, 2014                           */s/ David T. Rudolph*
                                                              David T. Rudolph

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** For good cause shown:

1. The Case Management Conference shall be continued from December 11, 2014 to March ~~5~~ 12, 2015 at 10:30 a.m.

2. Pursuant to Civil General Standing Order No. 6, the Case Management Conference Statement will be due on or before February ~~26~~, 2015. March 5, 2015

Dated: 12/4 , 2014



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen