Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

David J. Laing (*Pro Hac Vice*, dlaing@crowell.com)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; AU OPTRONICS CORPORATION AMERICA, a California corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:13-cv-0380-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

DCACTIVE-22561396.1

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that pursuant to Civil Local Rule 11-5(a), David J. Laing |
| 3 | hereby withdraws his appearance as counsel for defendants E Ink Holdings, Inc. and E Ink |
| 4 | Corporation (collectively, "E Ink") in the above-captioned action. E Ink continues to be |
| 5 | represented by the law firm of Crowell & Moring LLP. |

Dated: December 8, 2014                              CROWELL & MORING LLP

*/s/ Beatrice B. Nguyen*

David J. Laing
Beatrice B. Nguyen
Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION