Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
David T. Rudolph (State Bar No. 233457)
drudolph@lchb.com
Katherine C. Lubin (State Bar No. 259826)
klubin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff CopyTele, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:13-cv-00380-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Edward M. Chen |

WHEREAS, Plaintiff CopyTele, Inc. desires to voluntarily dismiss with prejudice any and all claims it has brought against any and all parties to this action;

WHEREAS, Defendants AU Optronics Corporation, E Ink Holdings, Inc., and E Ink Corporation have no objection to the dismissal with prejudice of all of Plaintiff's claims;

WHEREAS, there are no counterclaims in this action that require resolution;

WHEREAS the parties agree to bear their own attorneys' fees, expenses, and costs;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1) and Civil Local Rule 7-12, IT IS HEREBY STIPULATED and AGREED by and between the parties

1  through their designated counsel that this action in its entirety should be dismissed with prejudice,

2  with each party to bear its own attorneys' fees, expenses, and costs.  The parties respectfully

3  request that the Court enter an ORDER pursuant to this stipulation DISMISSING THIS ACTION

4  WITH PREJUDICE.

Dated: January 5, 2015              LIEFF, CABRASER, HEIMANN
                                      & BERNSTEIN, LLP


By:   /s/ Eric B. Fastiff
         Eric B. Fastiff

Eric B. Fastiff
David T. Rudolph
Katherine C. Lubin
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
efastiff@lchb.com
drudolph@lchb.com
klubin@lchb.com

*Attorneys for Plaintiff CopyTele, Inc.*

Dated: January 5, 2015              LATHAM & WATKINS LLP


By:   /s/ Matthew Rawlinson
         Matthew Rawlinson

Lawrence J. Gotts
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
lawrence.gotts@lw.com

Matthew Rawlinson
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
matt.rawlinson@lw.com

*Attorneys for Defendant AU Optronics Corp.*

Dated: January 5, 2015                    CROWELL & MORING LLP

By:   /s/ *Beatrice B. Nguyen*
             Beatrice B. Nguyen

Beatrice B. Nguyen
275 Battery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986.2827
bbnguyen@crowell.com

*Attorneys for Defendants E Ink Holdings, Inc. and E Ink Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 5, 2015                    /s/ *Eric B. Fastiff*
                                                Eric B. Fastiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/6/15

The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 3 -

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 3:13-CV-00380-EMC